DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. GREEN

No. 647P85.

Case below: 76 N.C. App. 642.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 December 1985.

STATE v. JONES

No. 616P85.

Case below: 76 N.C. App. 681.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals dismissed for failure to comply with Appellate Rules 5 November 1985.

STATE v. KELLY

No. 459P85.

Case below: 75 N.C. App. 461.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 December 1985. Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 10 December 1985.

STATE v. LOWE

No. 641P85.

Case below: 76 N.C. App. 682.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 December 1985.

STATE v. McNEIL

No. 708P85.

Case below: 77 N.C. App. 460.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 December 1985.